**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Jose Luis GUEVARA, AKA Andres Fierro Cantu, AKA Jose Andreas Lopez, AKA Jose Lopez, AKA Jose Andreas Ruiz, Defendant-Appellant.**

No. 14-50024

United States Court of Appeals,
Ninth Circuit.

Submitted December 27, 2017 *

Filed December 28, 2017

L. Ashley Aull, Assistant U.S. Attorney, Daniel H. Malvin, Esquire, Special Assistant U.S. Attorney, DOJ—Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff-Appellee

Kathryn Ann Young, FPDCA—Federal Public Defender's Office (Los Angeles) Los Angeles, CA, for Defendant-Appellant

Before: SILVERMAN, BYBEE, and WATFORD, Circuit Judges.

## MEMORANDUM **

Jose Luis Guevara appeals from the district court's judgment and challenges the

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

50-month custodial sentence and three-year term of supervised release imposed following his guilty-plea conviction for being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. § 1326.

On October 19, 2015, we issued an order affirming the judgment. *United States v. Guevara*, 619 Fed.Appx. 648 (9th Cir. 2015) (unpublished). We rejected Guevara's argument that the district court erred in determining that California Health & Safety Code § 11351 is divisible and subject to the modified categorical approach, noting that Guevara's argument was foreclosed by this court's decision in *United States v. Torre-Jimenez*, 771 F.3d 1163, 1167 (9th Cir. 2014).

In January 2016, Guevara filed a petition for writ of certiorari, which the Supreme Court granted. The Supreme Court vacated the judgment and remanded to this court "for further consideration in light of" the Court's recent decision in *Mathis v. United States*, — U.S. —, 136 S.Ct. 2243, 195 L.Ed.2d 604 (2016). *Guevara v. United States*, — U.S. —, 136 S.Ct. 2542, 195 L.Ed.2d 866 (2016).

On remand, we invited the parties to submit additional briefing addressing the Supreme Court's decision in *Mathis* and this court's decision in *United States v. Martinez-Lopez*, 864 F.3d 1034 (9th Cir. 2017) (en banc). After the parties submitted their briefing, a panel of this court held in *United States v. Murillo-Alvarado*, 876 F.3d 1022 (9th Cir. 2017) that California Health and Safety Code § 11351 is divisible and subject to the modified categorical approach.

This court's decision in *Murillo-Alvarado* is controlling. *See In re Zermeno-Gomez*, 868 F.3d 1048, 1052 (9th Cir. 2017). Because Guevara's challenge is foreclosed

ed by Ninth Circuit Rule 36-3.

by *Murillo-Alvarado*, the judgment is affirmed.

**AFFIRMED.**